2006 APR -5 AM 7:59

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>City and County Building<br>1437 Bannock St. Rm. 256<br>Denver, CO 80202<br>Telephone: (720) 865-8301 | |
| CONSUMER CRUSADE, INC.,<br>a Colorado corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CREVECOR MORTGAGE, INC., f/k/a<br>CREVE COEUR MORTGAGE, a Missouri<br>corporation; HOWARD M. WEGMAN, its<br>Officers and Directors,<br><br>Defendants. | COURT USE ONLY |
| Attorneys for Plaintiff:<br>A. M. Demirali<br>THE DEMIRALI LAW FIRM, P.C.<br>875 S. Colorado Blvd., #662<br>Denver, CO 80246<br>Telephone: (303) 825-3033<br>Telefax: (303) 825-3933<br>Attorney Registration No. 10889 | Case No. 06CV4210<br><br>Courtroom/Div. 19 |
| COMPLAINT | 𝓣𝓡 |

Plaintiff, Consumer Crusade, Inc., complains against the above-named Defendants as follows:

## GENERAL ALLEGATIONS

1.    Plaintiff, Consumer Crusade, Inc., is a Colorado corporation with its principal place of business in the City of Greenwood Village, County of Arapahoe.

2.    Defendant CreveCor Mortgage, Inc. f/k/a Creve Coeur Mortgage, is a Missouri corporation.  Defendant Howard Wegman is an owner, officer or director of defendant CreveCor Mortgage, Inc.

06CV4210

EXHIBIT
A

3.      Subject matter jurisdiction under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") is vested in State courts for purposes of private rights of action.

4.      At various times during the years 2003 and 2004, defendant, CreveCor Mortage, Inc., sent one or more faxes to the fax machines of various individuals in the State of Colorado ("Claimants").  A sample copy of the faxes is attached hereto as **Exhibit A**.

5.      The faxes were sent to those persons for the purpose of advertising the commercial availability of CreveCor Mortgage, Inc.'s property, goods or services.  Each of those faxes was "unsolicited" as that term is defined in the TCPA, 47 U.S.C. § 227 (a)(4).

6.      At various times, each of the Claimants assigned their original claims under the TCPA to the Plaintiff. A sample copy of the assignments is attached hereto as **Exhibit B**.

7.      Defendant Howard M. Wegman, as an owner, officer or director of defendant CreveCor Mortgage, Inc., directed or participated in the telemarketing activities described herein.

8.      Venue is proper in Denver District Court, as it is the county in which the torts occurred.

FIRST CLAIM FOR RELIEF

9.      Plaintiff incorporates paragraphs 1 through 8 above by reference.

10.     The TCPA provides in relevant part that:

> "It shall be unlawful for any person within the United States... to use any telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine[.]"

47 U.S.C. § 227(b)(1)(C)

11.     As used in the TCPA, "the term 'unsolicited advertisement' means any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission."

47 U.S.C. § 227(a)(4)

12.     Subparagraph (3) of 47 U.S.C., § 227(b)(3) sets forth a private right of action under the TCPA.  Specifically, it states:

"Private right of action

A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State –

(A)   an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

(B)   an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

(C)   both such actions."

13.   The Defendants have used a telephone facsimile machine, computer or other device to send unsolicited advertisements to telephone facsimile machines owned by Plaintiff's assignors.

14.   Each instance where Defendants sent an unsolicited advertisement constitutes a separate violation of the TCPA.

WHEREFORE, Plaintiff prays for the relief stated below.

## SECOND CLAIM FOR RELIEF

15.   Plaintiff incorporates paragraphs 1 through 14 above by reference.

16.   The TCPA further provides:

If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

47 U.S.C. § 227(b)(3)

17.   In each instance where the Defendants sent such faxes, they acted knowingly and willfully.

WHEREFORE, Plaintiff prays for relief stated below.

## THIRD CLAIM FOR RELIEF

18.   Plaintiff incorporates paragraph 1 through 17 above by reference.

19.   The Colorado Consumer Protection Act (CCPA) provides in relevant part:

"(1) A person engages in a deceptive trade practice when, in the course of such person's business vocation, or occupation, such person:

...

(B)(I) Uses a telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine;"

C.R.S. 6-1-702 (1)(a)

20.   Damages under the CCPA are, in relevant part:

"Except in a class action or a case brought for a violation of § 6-1-709, any person who, in a private civil action, is found to have engaged in or caused another to engage in any deceptive trade  listed in this article shall be liable in an amount equal to the sum of:

...

(a)  The greater of:

(I) The amount of actual damages sustained; or
(II) Five Hundred dollars; or
...

(b) In the case of any successful action to enforce said liability, the costs of the action together with reasonable attorneys fees as determined by the court."

C.R.S. 6-1-113 (2)(a) and (b)

21.   Defendants have used a telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine.

22.   Each instance of using a telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine constitutes a separate violation.

WHEREFORE, Plaintiff prays for the following relief:

A.      A judgment in favor of the Plaintiff and against the Defendants, jointly and severally, in an amount to be determined at trial;  (First Claim For Relief)

B.      An award pursuant to 47 U.S.C. § 227 (b)(3), which is *three times* the damages computed in paragraph A for Defendants' willful or knowing violations of the TCPA; (Second Claim For Relief)

C.      An award pursuant to C.R.S. 6-1-702 and 6-1-113 for violations of the CCPA in an amount to be determined at trial; (Third Claim For Relief)

D.      An Order of Court *permanently enjoining* these Defendants from any further violations of the TCPA;

E.      Costs, including reasonable attorney's fees, as provided by law;

F.      Such other and further relief as this Court deems just.

DATED this 4th day of April, 2006.

THE DEMIRALI LAW FIRM, P.C.

/s/ A. M. Demirali
A. M. Demirali

Plaintiff's Address:
5650 Greenwood Plaza Blvd., Suite 118
Greenwood Village, CO 80111

To: Brokers          Fm:3148171797     15:17 08/26/03 PG 001



**CCM**

**creve coeur mortgage**
>>> SUBPRIME SOLUTIONS

**TEAM 11**

tel > 800.860.0878
fax > 314.817.1797

| | |
|---|---|
| John Barr | ext. 733 |
| Kevin Huber | ext. 766 |
| Brandy Barton | on location |
| Kim Stockton | ext. 830 |

tel > 800 860 08 78    11525 olde cabin road   st. louis mo 63141   www.ccmwholesale.com

# STOP WASTING TIME ON YOUR SUBPRIME DEALS!

Creve Coeur Mortgage realizes time is money. So we won't waste your time with pre-approvals that are only best guess estimates. We pull our own credit and issue a solid, fully stipped **pre-approval within 1 hour!** Our pre-approvals are as solid as any other lenders' underwriting approval. If our pre-approval meets your borrower's needs, we will **underwrite** it in **24 hours.** So don't waste your time, you'll have more time and money when you close your subprime loans with Creve Coeur Mortgage.

- Fax 1003 and our submission form to 314-817-1797 for a fully stipped **1 hour pre-approval**
- Fax loan file and e-mail the appraisal and we'll **underwrite your loan within 24 hours – no wasted overnight expense!**
- Fax any final stips and we can **close within 24 hours** from final underwriting approval.

Don't have a submission form? Send request to jbarr@ccmwholesale.com

## *We're up for a challenge. Send us a loan and we'll prove it!*

*John Barr*
*Kevin Huber*

## ASSIGNMENT

The undersigned does hereby assign, sell, and transfer to the undersigned Consumer Crusade, Inc., Assignee and its designated agent, all rights of title and interest in all unsolicited telefacsimile (junk fax) transmission(s) Assignor has received or are in the future received by Assignor, as well as all attendant rights under the Telephone Consumer Protection Act, as well as all rights under state and local consumer protection statues.

Assignor, as consideration for this Assignment, agrees to accept the sum of Twenty-Five Dollars ($25.00) for each fax that Assignee or its designated agent successfully processes and upon which it receives a monetary recovery.

Assignee and/or its designated agent shall pursue recovery of monies allowed by law for transmission of said unsolicited telefacsimile (junk fax) transmissions in its sole discretion as it deems appropriate and Assignor acknowledges that not all unsolicited telefacsimile transmissions result in money recovery because of the inability to identify or locate senders or because of the financial condition of sender's, or any other factors which Assignee or its designated agent deem to make the matter uncollectable.

By signature below, Assignor states that all of unsolicited telefacsimile (junk fax) transmission(s) attached hereto were received on the fax number and the date stamped on same and that Assignor owns same and has the right to assign, sell, convey and transfer of all said rights to the Assignee and its designated agent.

Signed and attested to by Assignor as set forth below:

ASSIGNOR:

_Lighthouse Mortgage_
Name of Organization, Assignor

OR

_Donald O. Meyer_
Individual Name, Assignee

_Donald O. Meyer_
Signature

_President_
Title

_11394 S. Fire Rock Dr._
Address

_Parker, CO   80134_
City, State, Zip

_(303) 471-6220_
Phone

_(720) 851-5069_
Fax machines number(s)

ASSIGNEE:

Consumer Crusade, Inc., Assignee
Newton & Associates – Designated Agent
P.O. Box 8510
Metairie, LA 70011-8510

Complete Assignor information and mail with junk faxes to:
Newton & Associates at P.O. Box 8510, Metairie, LA 70011-8510

10-03-03

