IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00861–EWN–MJW

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

CREVECOR MORTGAGE, INC., f/k/a CREVE COEUR MORTGAGE,
a Missouri corporation, and
HOWARD M. WEGMAN, its Officers and Directors,

    Defendants.

## ORDER

The issues raised by Defendant's motion for judgment on the pleadings (#23) are currently before the United States Court of Appeals for the Tenth Circuit, with oral argument scheduled for later this month. This court is inclined to await the ruling before spending time on the matter. Accordingly, it is

    ORDERED as follows:

    1. The motion is DENIED without prejudice to renewal, if appropriate, when the Tenth Circuit rules. It may be renewed notwithstanding the possible passage of the dispositive motion deadline.

2. The parties shall file status reports commencing December 1, 2006 and continuing on the first day of every month thereafter.

Dated this 2nd day of November, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge