# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  06-cv-00861-EWN-MJW

CONSUMER CRUSADE, INC.,
a Colorado corporation,

Plaintiff,

v.

CREVECOR MORTGAGE, INC., f/k/a CREVE COEUR
MORTGAGE, a Missouri corporation, HOWARD WEGMAN,
Its Officers and Directors,

Defendants.

## ORDER RE: DEFENDANTS' UNOPPOSED MOTION
## FOR STAY OF PROCEEDINGS

This matter is before the Court on Defendants' Unopposed Motion for Stay of Proceedings, filed December 6, 2006.

This is a Telephone Consumer Protection Act, 47 U.S.C. § 227, ("TCPA") case. Plaintiff Consumer Crusade, Inc. alleges that Defendants CreveCor Mortgage, Inc. and Howard Wegman violated the TCPA by sending unsolicited advertisements via facsimile.

Defendants filed on October 31, 2006 their Motion for Judgment on the Pleadings (Doc. #23).  Defendants' Motion for Judgment on the Pleadings raises issues currently being considered by the United States Court of Appeals for the Tenth Circuit. Specifically, Defendants assert that Plaintiff, as an assignee, lacks standing under

1

Colorado law to bring the assignor's TCPA claims. Defendants' Motion for Judgment on the Pleadings was denied without prejudice (Doc. #27).

The United States Court of Appeals for the Tenth Circuit has pending before it two cases in which the issue of whether, under Colorado law, claims brought pursuant to the TCPA are assignable. The cases are styled U.S. Fax Law Center v. iHire, Inc., et al., 05-1325, appeal from the United States District Court for the District of Colorado (Judge Lewis T. Babcock, Chief District Judge), and Consumer Crusade v. iHire, LLC, et al., 05-1523, appeal from the United States District Court for the District of Colorado (Judge Lewis T. Babcock, Chief District Judge).

To conserve judicial resources, CreveCor now moves to stay this litigation pending the Tenth Circuit's ruling on the outcome-determinative issue of the assignability of TCPA claims.

The Court agrees that this case should be stayed pending the Tenth Circuit's ruling in one or both of the aforementioned cases.

Based on the foregoing, it is therefore ORDERED that:

1. Defendants' Unopposed Motion for Stay of Proceedings is GRANTED, and this action is hereby STAYED in all respects pending further order of this court.

2. The parties shall file a written status report promptly after the Tenth Circuit issues rulings in either or both of the aforementioned appeals.

Dated this 8th day of December, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge